**Exhibit A to the Complaint**

**Location:** Miami Beach, FL

**Total Works Infringed:** 40

**IP Address:** 108.81.78.126

**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 9250234F249AE9C0D3B1F844B00C904860F3103E<br>File Hash:<br>D53F63F7ABA157D02CF366A35FDC8BF1A884B8D0B7F94CBC833158D75ED1F46D | 10/16/2024<br>00:28:55 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 2 | Info Hash: 7510EADFDE66405EE7CE61F211BE2FB6C164F349<br>File Hash:<br>5B4C316C55F0E5846F27755654B5832CBA8BD65EF2B4DB78DF7542DD31FF812A | 10/15/2024<br>22:47:35 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 3 | Info Hash: B2DDDF698F1AFFA8BC683F1C89EC1D9C283CA5B0<br>File Hash:<br>CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 10/15/2024<br>00:00:00 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 4 | Info Hash: 70E3D63BF3089BFF039C719C1E7F31745291561A<br>File Hash:<br>3980255CB6133DB223A085D6009579C98AE66FCCD010CC088C50047760EBE866 | 10/14/2024<br>10:07:02 | Vixen | 12/17/2021 | 01/17/2022 | PA0002330110 |
| 5 | Info Hash: A4FEF0A63C8EEDA36231DEF0953DF70E781C9653<br>File Hash:<br>4611723AAB74AE47C4F32CBBE4206D6FCD3E30E98607E8535D54978847A0B33F | 10/14/2024<br>08:06:51 | Vixen | 04/30/2021 | 06/03/2021 | PA0002299685 |
| 6 | Info Hash: 639ECFB5DF99B06AF721A2B7EDCE4F708CC08470<br>File Hash:<br>81596B87C1605E5103BF2DE35941A5C00A30057534D8E25F0C9E29384EC7D933 | 10/13/2024<br>23:53:22 | Tushy | 06/26/2022 | 07/22/2022 | PA0002359467 |
| 7 | Info Hash: B80950FEDCC44A0A2993FF7E76D1259D1AE933C6<br>File Hash:<br>07BEBEBF883BE7C55C98DF9B3DEC9DCF3EAC35EDDB09A5513342B1057BE34A5B | 10/13/2024<br>22:37:54 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 8 | Info Hash: A3A4A61808CC4464291EE919A6696B7FD163F722<br>File Hash:<br>D857690708A3A8AE0012D135E675C7BF794F3D8E28F343A3E791C1E4D636D47D | 10/13/2024<br>00:06:40 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 9 | Info Hash: C21D71CCF5007F9E933F349F967671A94B3DC5AC<br>File Hash:<br>057F6DAFC7C6B96FC5E36C3974586F702EFED4ECF4B69BDEE7819773A6DAC7E2 | 10/12/2024<br>16:01:55 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 10 | Info Hash: 1E4754BA2A9A007856616536BCAC20277CE87C4E<br>File Hash:<br>F42E94DD91A155C1CE79EF712BD2008F318DCFDC1A3DE69FC17E08701577A1B9 | 10/12/2024<br>15:47:07 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 11 | Info Hash: A99B58E50CB2AE580AC2B5DE0E16EF78B6AA1228<br>File Hash:<br>42917EFF8E51B116FF73F8C97B28D52B28A9125AFF1D4F7F7757F3E93A02209A | 10/12/2024<br>15:36:58 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A3FE9A83F55A38B585D5035CEAC9AA1BBAE8D4C8<br>File Hash:<br>E0B9E734A95D503544E208BAB585B9AB76A6988D31B6BAC099577B82C85C9AA8 | 10/12/2024<br>15:36:25 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 13 | Info Hash: 46C6511054428DE786D4610DC5009D6F6EEEC7F8<br>File Hash:<br>947E146DD81670475276C977B1A3649216BB43F03A89FBC3D0A3B5D02B8D0300 | 10/12/2024<br>15:33:20 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 14 | Info Hash: 74F121FF58FA7B25CE15DDE0470DEE30445CEFD8<br>File Hash:<br>6F9ABAC4E747B098F2EE08BC7C761AD430BAA36EC0904908B45E28E76BFFEB13 | 10/11/2024<br>07:49:51 | Blacked<br>Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 15 | Info Hash: 4E7DFF171A00C11BE84F46F61C2CC78E6AEC8E12<br>File Hash:<br>B35EFC4A2B1448DE15C62BB25E7689F4E7DE669966EBD7EAF29A52BE27B67B26 | 10/03/2024<br>21:39:25 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 16 | Info Hash: DA174D46C5F98F21F56C0B8FE5018943248EEF23<br>File Hash:<br>F0BE793B0A359C314E6EAD2F8526DBFDB1DFAB439AE54865B23AF33076F091AF | 10/03/2024<br>00:40:12 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 17 | Info Hash: F736B73231E8C3B80F363D3E68FA6D1A5158F62E<br>File Hash:<br>C16866F01761050F8A5ECC2D9ED215CC6D7C577FECD805756442F546D2F5BB64 | 10/02/2024<br>02:05:32 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 18 | Info Hash: 7C08F395BE18B14A03793C1C7B70D354832F141B<br>File Hash:<br>CC558DA55AF1A74F4869402F3D5EAD89909D3230160312CDDAEFFFA831E7E86B | 09/24/2024<br>23:09:22 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 19 | Info Hash: DAC594BA3910BF5E1EB9B1ECC6192E0204467264<br>File Hash:<br>250E82D7D8A2F74F87E778A300CE340586C3467D5F3409E4CEC9CDA0F15B3052 | 09/22/2024<br>22:08:08 | Blacked | 08/03/2024 | 09/01/2024 | PA0002119596 |
| 20 | Info Hash: 4E3D7C26AB61950D82D122FADB4FA755B3D2323D<br>File Hash:<br>2224E9BA38E903395F48125A9503E08B2CFC0272328401271804067E72F6B354 | 09/22/2024<br>22:02:54 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 21 | Info Hash: 007C425ADF4EC43E0CA02BD1C5DB9E67BF45625F<br>File Hash:<br>2CB305A95070DF9F4793546D6C448FDA8F78E2CB55E038647584B9909C4E8E68 | 09/22/2024<br>22:00:06 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 22 | Info Hash: FD3974E93DFDF33E8DEAA18311B9CF47E1FE34B6<br>File Hash:<br>37FDD0963527899A5C34CA8173DA9D4C4B3EE8FFD560F6FF40A205E0CE6F3E9D | 09/20/2024<br>17:16:00 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 23 | Info Hash: 5732DE27077A58D178897949A3AC5DC67EB6CA74<br>File Hash:<br>6AC1B82CD702C08554D52E519AF044AEAB9D54437A6D2B8232EE1012B4A5BD2D | 09/07/2024<br>01:35:59 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: DA618A7F997223BADD9BF1376C5BFD218832D92C<br>File Hash:<br>2B9F3E775A814739DB463BB6AD55433B1B04C91F790D5BB11AE504AE36B3B91E | 09/03/2024<br>22:36:00 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 25 | Info Hash: CD08CCF0255D81E5CA4DA55D0130842380F6A5E2<br>File Hash:<br>4D314314A5AE725A3497DDD74869D667D99253180F9174235951F13FF621D1D3 | 07/31/2024<br>00:34:18 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 26 | Info Hash: A9DA2290A3305FBE3F48BF631935ECB74BE65EEA<br>File Hash:<br>2181CB14CC610DBE94F0B520C98142990C3B81CA416D28E12BCD8CF38BCB0B26 | 07/28/2024<br>19:25:20 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 27 | Info Hash: BDFF548F4694A59A4541950DDFD72D344DBA432E<br>File Hash:<br>23ECE672FCA2003D18754C2D3CF9CEBA7CF1D29BF3EB7E434555383A61821A3A | 07/14/2024<br>03:44:47 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |
| 28 | Info Hash: 7A12B49FE6FE4B060E5EA4C903652C9290747100<br>File Hash:<br>43D171EF7A263ECF3D5050F6B6D9AF042CB10E68E24C0487DC19E2F707A96A6E | 07/14/2024<br>03:43:38 | Blacked<br>Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 29 | Info Hash: 6829D407FB5F552B57991AF3D4C1F7CC3BDDF771<br>File Hash:<br>A3B1C4844A44093CA62292E5809CD34AA7F9C56DBD25C1E34EA1CADB4AD8E6BD | 07/13/2024<br>23:52:50 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 30 | Info Hash: 090FF71C00296A03F119FD3B8B3EBB5F018F92FB<br>File Hash:<br>883DA5CDD854E0EF5751A30994CCB664B1BA532AB34DA18BAF6A3EC914CA4B28 | 07/13/2024<br>05:20:55 | Blacked<br>Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 31 | Info Hash: 4EC7FB024D57526E9ACAD397FB7BA8F143492E8C<br>File Hash:<br>9F5A8BBAA05E04DE91996F276C098F0CCE953D468389BA4F5BD31A1F23C4335C | 07/06/2024<br>19:59:35 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 32 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash:<br>E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 07/06/2024<br>03:38:35 | Blacked<br>Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 33 | Info Hash: 4904F2EFCCD9302377FC5560D22270C45546F58B<br>File Hash:<br>F32E0E5413D3C05573D8664E153C2504E78A3DB4514322C99683FA6DD6FBD7E4 | 07/06/2024<br>02:54:56 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 34 | Info Hash: E99754CA159F1DD9A92134208C2EAF9EEFD4242C<br>File Hash:<br>EC4A04B346758BAB0ABF48481DB98F804E9FCF5A5E71CA1EDB397D6587A3F428 | 07/06/2024<br>00:41:22 | Slayed | 10/17/2023 | 12/07/2023 | PA0002446648 |
| 35 | Info Hash: 98BA8EFA61E43177E1036AE03BD326F37D920DCC<br>File Hash:<br>685A47E9C7E43A773047CB4ACEE7B2386DCCDA0860A64C3C270655A769254CDE | 06/29/2024<br>18:02:54 | Blacked<br>Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3C64DAF0FF669AE387384533CD14C19442B1ACEA<br>File Hash:<br>5259F584C4A46F7D3D5F87FB932DF0DFE69807FE6E2420F2EEDED0745103DD62 | 06/22/2024<br>19:57:38 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 37 | Info Hash: 7DDC769027AE67C756EADD976130DAE6C412C9E4<br>File Hash:<br>DA77FF484C23D542EAB3013507C9CBF8607139732421DDBE5A31B9C78323888C | 06/22/2024<br>16:42:47 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 38 | Info Hash: 92E3EB374D39823EA5111039E5AF506A2504EBF5<br>File Hash:<br>4522E76AEB37A4F9ED3C3675712E6F3CE29BFCF83CE1231A01DD902FEC4F360B | 05/25/2024<br>20:56:31 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 39 | Info Hash: 6570146ED9CEAB99429EBF89BB91CB9DF96415FE<br>File Hash:<br>59E824D7078207341EEC64B39C5CC193ADA6F406A4C29563595B64C795F67763 | 05/25/2024<br>17:22:51 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 40 | Info Hash: 4325E604F90FD2A9E5D54021AE7BDF55FDFB0CF8<br>File Hash:<br>1B14D9B4DF75A29C383174968D9DDEFDF47E3038B592C0E6B3EA0FDAC2669605 | 05/25/2024<br>17:21:21 | Blacked<br>Raw | 10/26/2022 | 11/01/2022 | PA0002378070 |